## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | SARAH LAPORTE, | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | |
| v. | | ) | Case No. CIV-16-208-R |
| | | ) | |
| (1) | WAL-MART, a foreign, for-profit business corporation, | ) | |
| | | ) | |
| | Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH  PREJUDICE

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(a) Plaintiff and Defendant jointly stipulate that the above-styled case should be dismissed with prejudice as to Defendant Walmart. Each party is to bear its respective costs and  fees.

Dated this 26th day of September, 2016.


Respectfully submitted,

BROCKMAN LAW, PLLC

 s/Scott F. Brockman
Scott F. Brockman, OBA #19416
10601 S. Western, Suite 117
Oklahoma City, OK 73170
(405) 703-4429
(405) 703-4499 (fax)
scott@brockmanlawpllc.com
ATTORNEY FOR PLAINTIFF

GABLEGOTWALS

_s/Ellen A. Adams_____
Amy M. Stipe, OBA # 18361
Ellen A. Adams, OBA# 21581
One Leadership Square, 15th Floor
211 N. Robinson Ave.
Oklahoma City, OK 73120
(405) 235-5500
astipe@gablelaw.com
eadams@gablelaw.com